# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2014

Robert P. Young, Jr.,
Chief Justice

148368

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

WILLIAM J. COLEMAN,
   Plaintiff-Appellee,

v

                SC: 148368
                COA: 315036
                MCAC: 11-000037

OTIS M. UNDERWOOD, JR.,
   Respondent-Appellant,

v

FOAMADE INDUSTRIES, INC.,
   Defendant.

_____/

   On order of the Court, the application for leave to appeal the October 18, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



Clerk

t0519